UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DEBORAH STANFORD, LEONARD STANFORD,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HOME CENTER LLC,<br><br>Defendant. | Case No. 3:20-CV-582 JD |

## OPINION AND ORDER

On February 16, 2022, the parties filed a joint Stipulation to Dismiss (DE 21), agreeing to dismiss all claims in this action with prejudice. Considering the joint nature of the stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: February 24, 2022

                                                            /s/ JON E. DEGUILIO
                                                            Chief Judge
                                                            United States District Court